IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CONCRETE INDUSTRIES, INC., a Division of United Building Centers, <br><br> Plaintiff, <br><br> v. <br><br> DOBSON BROTHERS CONSTRUCTION COMPANY and WESTERN SURETY COMPANY, <br><br> Defendants. | Case No. 06-1325-WEB |

## **CLERK'S EXTENSION**

**NOW** on this 31st day of October, 2006, Defendants, by and through their counsel, Eric Van Beber of Wallace, Saunders, Austin, Brown & Enochs, Chtd., respectfully request an extension of ten (10) days within which to answer or otherwise plead to Plaintiff's Complaint pursuant to D.Kan.R. 77.2. Defendants' removed this case from State Court on October 30, 2006, and therefore under Fed. R. Civ. P. 81(c) has five (5) days from the date of removal to answer or otherwise respond to Plaintiff's Complaint. Thus, Defendants' original response to the Complaint is due on or before November 4, 2006. Therefore, the originally prescribed time has not expired, and an additional ten (10) days would allow for a response on or before November 14, 2006.

WSABEOP0 100811157 v.1

- 1 -

dockets.Justia.com

**IT IS THEREFORE ORDERED** that Defendants are granted an additional ten (10) days, or until November 14, 2006, within which to answer or otherwise plead to the Complaint of Plaintiff filed herein.

            Ralph DeLoach, Clerk of the Court

            s/ R. Moody
            _____
            Deputy Clerk

Respectfully submitted by,

WALLACE, SAUNDERS, AUSTIN,
 BROWN & ENOCHS, CHTD.


By   /s/ Eric Van Beber
 Eric Van Beber, KS #15851
 10111 W. 87th Street
 P. O. Box 12290
 Overland Park, KS   66282
 (913) 888-1000; FAX (913) 888-1065
 evb@wsabe.com

ATTORNEYS FOR DEFENDANTS


## CERTIFICATE OF SERVICE

 I hereby certify that on this 31st day of October, 2006, I electronically submitted the foregoing to the Clerk of the Court via e-mail.



__/s/ Eric Van Beber_____
Eric Van Beber
For the Firm

WSABEOP0 100811157 v.1  - 2 -