IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS


CONCRETE INDUSTRIES, INC.,  a Division
OF United Building Centers

                                                     Case No. 06-1325-WEB  Centers,


                         Plaintiff.



DOBSON BROTHERS CONSTRUCTION
COMPANY AND WESTERN SURETY
COMPANY


                         Defendants.


## ORDER GRANTING MOTION. FOR LEAVE
## TO APPEAR PRO HAC VICE


        Having considered the Motion For Leave To Appear Pro Hac Vice filed on the 31 day of October, 2006, and for good cause shown. the Court finds that said Motion should be sustained and that Bruce A. Smith should he and hereby is admitted to practice in the United States District Court for the District of Kansas for purposes of this case only.

        Dated this 3rd day of November, 2006.


                                        S/ Karen M. Humphreys


                                        _____
                                        UNITED STATES MAGISTRATE JUDGE


WSABEOP0 100811175v1

Dockets.Justia.com