IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CONCRETE INDUSTRIES, INC. a Division )
of United Building Centers, )
 )
       Plaintiff, )
  v. )  Case No. 06-1325-WEB
 )
DOBSON BROTHERS CONSTRUCTION )
COMPANY and WESTERN SURETY )
COMPANY, )
 )
       Defendants. )
_____)

## REVISED SCHEDULING ORDER

Based upon the joint motion of the parties (Doc. 19), and for good cause shown, the court modifies the scheduling order as follows:

| Event: | Deadline |
| --- | --- |
| Experts disclosed by plaintiff | 3/31/07 |
| Experts disclosed by defendant | 5/16/07 |
| Rebuttal experts disclosed | 6/14/07 |
| Mediation deadline | 6/1/07 |
| Discovery deadline | 8/17/07 |
| All other potentially dispositive motions | 9/21/07 |
| Proposed pretrial order due | 9/4/07 |
| Final pretrial conference | 9/7/07 at 11:00 a.m. |

Except as modified herein all other provisions of the Scheduling Order remain in full force and effect.

IT IS SO ORDERED

Dated this 2nd day of March , 2007 at Wichita, Kansas.

S/ Karen M. Humphreys
_____
KAREN M. HUMPHREYS
U.S. Magistrate Judge