## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CONCRETE INDUSTRIES, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:07CV192** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **DOBSON BROTHERS CONSTRUCTION** and **WESTERN SURETY COMPANY,** | ) ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the defendants' Motion for Extension of Time to Complete Mediation (Filing No. 31). The defendants seek to extend the mediation deadline, from June 1, 2007 to July 16, 2007, to allow time for disclosure and review of expert witness reports prior to mediation. Upon consideration,

**IT IS ORDERED:**

1. The defendants' Motion for Extension of Time to Complete Mediation (Filing No. 31) is granted.

2. The deadline to complete mediation is extended until **July 16, 2007**.

DATED this 25th day of May, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge