## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONCRETE INDUSTRIES, INC., ) | |
| ) | |
| Plaintiff, ) | 8:07CV192 |
| ) | |
| vs. ) | ORDER |
| ) | |
| DOBSON BROTHERS CONSTRUCTION ) | |
| and WESTERN SURETY COMPANY, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on the motion for leave to withdraw of Eric A. Van Beber (Filing No. 34) as counsel for the defendants. Mr. Van Beber states he is not licensed to practice in Nebraska and other counsel represents the defendants. The court finds moving counsel has shown good cause for withdrawal as required under NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motion for leave to withdraw of Eric A. Van Beber (Filing No. 34) as counsel for the defendants is granted.

2. The Clerk of Court shall stop all electronic notices to Eric A. Van Beber regarding this case.

DATED this 30th day of May, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge