# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CONCRETE INDUSTRIES, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | **8:07CV192** |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **DOBSON BROTHERS CONSTRUCTION** ) | |
| **and WESTERN SURETY COMPANY,** ) | |
| ) | |
| **Defendants.** ) | |

This matter is before the court on the plaintiff's Motion for Extension of Time (Filing No. 38). The plaintiff seeks additional time, from June 6, 2007, to June 16, 2007, to retain local counsel in compliance with the local rules. The additional time is needed due to the recent transfer of this case from the United States District Court for the District of Kansas, where current counsel is licensed to practice. Current counsel for the plaintiff represents the defendants have no objection to the extension. Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's Motion for Extension of Time (Filing No. 38) is granted. The plaintiff and its counsel shall have to **on or before June 18, 2007**, to comply with NEGenR 1.7(d) or (f) and register for the electronic filing system.

2. The plaintiff shall have an extension to **on or before June 29, 2007**, to file a motion requesting the trial of this matter be in either Omaha or North Platte, Nebraska. Otherwise, the case will be designated for trial in Lincoln, Nebraska.

DATED this 11th day of June, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge