IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CONCRETE INDUSTRIES, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:07CV192** |
| **v.** | ) | |
| | ) | **RECUSAL** |
| **DOBSON BROTHERS CONSTRUCTION** | ) | |
| **and WESTERN SURETY COMPANY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties, their counsel, and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

**IT IS SO ORDERED.**

DATED this 20th day of June, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge