IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CONCRETE INDUSTRIES, INC., a division of United Building Centers, | ) ) ) | |
| Plaintiff, | ) ) | 8:07CV192 |
| v. | ) ) | AMENDED ORDER |
| DOBSON BROTHERS CONSTRUCTION COMPANY and WESTERN SURETY COMPANY, | ) ) ) ) | |
| Defendants. | ) | |

Upon reassignment of this case to Magistrate Judge Gossett for pretrial supervision,

**IT IS ORDERED:**

1. All parties are given until and including **July 20, 2007** to file all information pursuant to NECivR 40.1(b) relating to their requests for place of trial or regarding the defendants' OBJECTION [47] to plaintiff's request for jury trial in Omaha.

2. Plaintiff's MOTION TO ALTER SCHEDULING ORDER AND REQUEST FOR SCHEDULING CONFERENCE [45] is granted, in part. A telephone conference with the undersigned magistrate judge will be held on **July 26, 2007 at 10:30 a.m.** for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial. Plaintiff's counsel shall initiate the call to the court at 402-661-7340. At the request of the parties, the conference may be held in chambers or on the record.

3. All other deadlines now in effect, including the deadline for completing mediation, are suspended and will be re-set at the time of the July 26, 2007 scheduling conference.

**DATED July 3, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**