IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CONCRETE INDUSTRIES, INC.,** a division of United Building Centers, | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | **8:07CV192** |
| **DOBSON BROTHERS CONSTRUCTION COMPANY and WESTERN SURETY COMPANY,** | ) ) ) ) | **ORDER TO SHOW CAUSE** |
| **Defendants.** | ) ) | |

    The records of the court show that on May 22, 2007, a letter (filing 28) was sent to attorney Charles E. Owen from the Office of the Clerk directing that he obtain admission to practice in the District of Nebraska and register for the court's Case Management/ Electronic Case Filing System ("System").

    As of July 17, 2007, Mr. Owen had not complied with these requirements.

    **IT IS ORDERED** that, on or before July 30, 2007, attorney Charles E. Owen shall obtain admittance to practice and register for the System or show cause by written affidavit why he cannot comply with the rules of the court.

    **DATED July 17, 2007.**

                                         **BY THE COURT:**

                                         **s/ F.A. Gossett**
                                         **United States Magistrate Judge**