# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CONCRETE INDUSTRIES, INC. a Division of United Building Centers,** | ) ) | **Case No. 8:07cv192** |
| Plaintiff, | ) | |
| v. | ) ) | **ORDER** |
| **DOBSON BROTHERS CONSTRUCTION COMPANY and WESTERN SURETY COMPANY,** | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on the motion for leave to withdraw as counsel of Dennis V. Lacey (Docket No. 54) as counsel for plaintiff. Mr. Lacey states that he is not licensed to practice in Nebraska and Nebraska counsel has entered an appearance on behalf of Plaintiff. The court finds that moving counsel has shown good cause for withdrawal as required under NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motion for leave to withdraw of Dennis V. Lacey (Docket No. 54) as counsel for plaintiff is granted.

2. The Clerk of the Court shall stop all electronic notices to Dennis V. Lacey regarding this case.

**DATED July 18, 2007.**

            **BY THE COURT:**

            **s/ F.A. Gossett**
            **United States Magistrate Judge**