```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| CONCRETE INDUSTRIES, INC., a division of United Building Centers, )<br>)<br>)<br>)<br>       Plaintiff,  )<br>)<br>       V.  )<br>)<br>DOBSON BROTHERS CONSTRUCTION, )<br>Company, and WESTERN SURETY, )<br>Company, )<br>)<br>       Defendants.  ) | 8:07CV192<br><br>ORDER |

1. The plaintiff's unopposed motion to extend the deadline for serving a rebuttal expert report, (filing 63), is granted.

2. On or before September 9, 2007, the defendants shall provide plaintiff's rebuttal expert with the chemical analysis data, equipment calibration and access to the concrete remnants tested by defendant's expert, Paul Okamoto.

3. The plaintiff's rebuttal expert report shall be served on or before September 24, 2007.


DATED this 30th day of August, 2007.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge